### IN RE: Helen KATAKIS, Appellant

### 2016-1695

United States Court of Appeals, Federal Circuit.

March 20, 2017

HENRY JOSEPH CITTONE, Cittone & Chinta LLP, New York, NY, and GREGORY DOLIN, University of Baltimore School of Law, Baltimore, MD, argued for appellant.

MARY BETH WALKER, Office of the Solicitor, U.S. Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN

K. KELLEY, THOMAS W. KARUSE, CHRISTINA HIEBER.

(Newman, Clevenger, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**